# STEWART LEE KARLIN LAW GROUP, P.C.
## ATTORNEYS AT LAW
111 John Street, 22nd Floor
New York, New York 10038
Tel. (212) 792-9670/Office
Fax (844) 636-1021/Fax
slk@stewartkarlin.com

MEMBER OF THE BAR                                    Concentrating in Employment, Education, and
NEW YORK & FLORIDA                                   Insurance Law

May 12, 2025

**Via ECF**
Honorable Judge Orelia E. Merchant
U.S. District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   *Angela Pandazis v. The Department of Education of the City of New York*
      24-cv-07968-OEM-PK

Dear Justice Merchant:

The Plaintiff is writing this letter, on the consent to respectfully request a seven-day extension of time from May 15, 2025, to May 22, 2025, to file her Amended Complaint. The Defendant's response, initially due by June 9, 2025, will be filed on or before June 16, 2025. As the Court may recall, on April 18, 2025, an order was entered stating that the Plaintiff was to file her Amended Complaint by May 15, 2025, with the Defendant's answer or response to the amended complaint on or before June 9, 2025. This is the first request for an extension of time in connection with amending the complaint by Plaintiff.

The reason for this request is that Plaintiff's counsel has a confluence of deadlines and appearances, including a mediation in *Kim Brown v. CUNY* in the Second Circuit; a 50-h hearing in *The Matter of Bruno Curelli*; a continued 3020a hearing in *The Matter of Thomas* Tripo; and a mediation in *Fanelli v. Ellenville Central School District,* 24-cv-00826 (MAD) (ML), and other court appearances and statutory deadlines.

Thank you for your consideration herein.

                                                    Respectfully submitted,

                                                    */s/ Stewart Lee Karlin*
                                                    Stewart Lee Karlin, Esq.

cc: Kathleen Linnane, Esq. (via ECF)
     Oluwaseun M. Adeware, Esq. (via ECF)

